IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ROGER L. STUTZMAN,<br><br>           Defendant. | 4:02CR3090<br><br>MEMORANDUM AND ORDER |

The defendant has requested a furlough from custody in order to address personal matters before defendant's supervised release hearing scheduled to be held on July 29, 2013. (Filing No. 56). I conclude that the defendant's request for a furlough should be granted.

IT IS ORDERED that

Defendant's motion to temporary release from detention, (filing no. 56), is granted. Defendant is granted a furlough from custody beginning on July 28, 2013, at 9:00 a.m., and continuing until his supervised release hearing on July 29, 2013.

Dated this 26th day of July, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge